IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| ROBIN TAYLOR, on behalf of herself and others similarly situated, | : : : | NO. 8:21-CV-02517-MSS-AAS |
| Plaintiff, | : : | |
| v. | : : | **CLASS ACTION** |
| PREMIER MORTGAGE, LLC | : : : | |
| Defendant. | : : / | |

## NOTICE OF SETTLEMENT

Plaintiff Robin Taylor hereby notifies the Court that the parties may have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Notice of Dismissal.

Dated: January 18, 2022

PLAINTIFF, on behalf of herself
and others similarly situated,

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)*
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127

Telephone: (305) 469-5881

*Trial Counsel
*Counsel for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman