UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBIN TAYLOR,**

      Plaintiff,

v.                                              Case No: 8:21-cv-2517-MSS-AAS

**PREMIER MORTGAGE, LLC,**

      **Defendant.**

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On January 18, 2022, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 13) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of January 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Any pro se party