# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ROBIN TAYLOR,**

    **Plaintiff,**

**v.**                                  Case No: 8:21-cv-2517-MSS-AAS

**PREMIER MORTGAGE, LLC,**

    **Defendant.**

## ORDER OF DISMISSAL

Upon review of the Plaintiff's Notice of Dismissal, (Dkt. 15), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claim and **DISMISSED WITHOUT PREJUDICE** as to any other member of the putative class's right to bring claims. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 23rd day of February 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party